# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 26, 2022

## NO. 03-20-00071-CV

**City of Killeen – Killeen Police Department, Appellant**

**v.**

**Aamir Terry, Individually, and A/N/F to A.T., Minor Child, Appellee**

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND TRIANA
AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment signed by the trial court on January 10, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.